UNITED STATES BANKRUPTCY COURT
SOUTHERN DISTRICT OF ALABAMA

IN RE:

DAVID ALEXANDER YOUNG,                              CASE NO. 05-11355-WSS

    Debtor.                                            Chapter 7

_____

ZURICH AMERICAN INS. CO. as subrogee
of RELI, INC.,

    Plaintiff

v.                                                          ADV. PROC. NO. 10-00036

DAVID ALEXANDER YOUNG,

    Defendant.

## **JUDGMENT**

    Gabrielle E. Reeves, Counsel for the Plaintiff
    J. Willis Garrett, Counsel for the Defendant

    These proceedings having come on for hearing before the Court and a decision having been duly rendered; it is

    **ORDERED** and **ADJUDGED** that pursuant to Rule 58 of the Federal Rules of Civil Procedure and Bankruptcy Rule 9021, a NONDISCHARGEABLE **JUDGMENT** in the amount of TWO HUNDRED THOUSAND AND NO/100 DOLLARS ($200,000.00) be and it hereby is **ENTERED** in favor of the Plaintiff, Zurich American Insurance Company as subrogee of RELI, Inc., and against the Defendant herein, David A. Young; and it further

    **ORDERED** and **ADJUDGED** that the debt owed to the Plaintiff, Zurich American

1

Insurance Company as subrogee of RELI, Inc., is a prepetition debt, and a judgment be entered in favor of the Defendant, David A. Young and against the Plaintiff, Zurich American Insurance Company, on Count I of the complaint.

Dated:   April 5, 2011

/s/ William S. Shulman
WILLIAM S. SHULMAN
U.S. BANKRUPTCY JUDGE