Official Form 17
(12/04)

# UNITED STATES BANKRUPTCY COURT
## Southern District of Alabama

In re: David A. Young            Case No. 10-00036
Debtor                                Chapter 7

## NOTICE OF APPEAL

David A. Young, the Defendant appeals under 28 U.S.C. §158(a) or (b) from the judgment, order, or decree of the bankruptcy judge's Order on Summary Judgment on the 5th day of April, 2011.

The names of all parties to the judgment, order, or decree appealed from and the names, addresses, and telephone numbers of their respective attorneys are as follows:

David Alexander Young:

J. Willis Garrett, III, Attorney for Defendant
GALLOWAY, WETTERMARK, EVEREST,
   RUTENS & GAILLARD, LLP
P.O. Box 16629
Mobile, Alabama 36616
(251) 476-4493

Zurich American Insurance Co.:

Gabrielle E. Reeves, Attorney for Plaintiff
BUTLER PAPPAS
1110 Montlimar Drive, Suite 1050
Mobile, Alabama 36609
(251) 338-1809

Date: April 19, 2011

Signed: _____
J. Willis Garrett, III, Attorney for Appellant
P.O. Box 16629
Mobile, Alabama 36616
251-476-4493

If a Bankruptcy Appellate Panel Service is authorized to hear this appeal, each party has a right to have the appeal heard by the district court. The appellant may exercise this right only by filing a separate statement of election at the time of the filing of this notice of appeal. Any other party may elect, within the time provided in 28 U.S.C. §158(c), to have the appeal heard by the district court.

*If a child support creditor or its representative is the appellant, and if the child support creditor or its representative files the form specified in §304(g) of the Bankruptcy Reform Act of 1994, no fee is required.*

Case 10-00036   Doc 75   Filed 04/19/11   Entered 04/19/11 15:49:50   Desc Main
Document    Page 1 of 1